

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

F. #2016R00088

June 7, 2017

<u>By Mail and ECF</u>

Joyce London, Esq.
59 Maiden Lane, 6th Floor
New York, NY 10038

        Re:    United States v. Charles Thomas
               <u>Criminal Docket No. 16-CR-50 (DLI)</u>

Dear Ms. London:

      Pursuant to the Court's Order entered at the June 6, 2017 status conference in the above referenced matter, enclosed please find the grand jury minutes in connection with both the underlying and superseding indictment in this case. The document are Bates numbered THOMAS014019-THOMAS014087.

                         Very truly yours,

                         BRIDGET M. ROHDE
                         Acting United States Attorney

             By:    <u>/s/ Tarsha Phillibert</u>
                         Tarsha Phillibert
                         Special Assistant U.S. Attorney
                         (718) 254-6448

Enclosures
cc:    Clerk of the Court (DLI) (by ECF) (without enclosures)